MARGARET ROSENTHAL, Bar No. 147501
SABRINA L. SHADI, Bar No. 205405
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California  90025-7120
Telephone:  310.820.8800
Facsimile:   310.820.8859
Email:         sshadi@bakerlaw.com

Attorneys for Defendant
ELECTRONIC DATA SYSTEMS CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIAN JAMESON, DANIEL GEORGE, ERIC RIVERA,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC DATA SYSTEMS CORPORATION aka EDS, and DOES 1 through 20, Inclusive,<br><br>Defendant. | Case No. SACV-08-00940-CJC (MLGx)<br><br>[Honorable Cormac J. Carney, Courtroom 9B]<br><br>[~~PROPOSED~~] ORDER GRANTING PROTECTIVE ORDER<br><br>Action Filed: July 16, 2008<br>First Amended Complaint Filed: February 3, 2009<br>Trial Date:    None |

Based upon the Stipulated Protective Order filed concurrently herewith, and finding good cause therefore, it is hereby ORDERED that:

The Protective Order is hereby GRANTED.

DATED: June 8, 2009

_____
MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE

082058, 000492, 502454598.1