GREGORY V. MERSOL (OH 0030838)
BAKER & HOSTETLER LLP
(Admitted *Pro Hac Vice)*
3200 National City Center
1900 East 9th Street
Cleveland, OH 44114-3485
Telephone:  216-861-7935
Facsimile:  216-696-0740
Email:  gmersol@bakerlaw.com

Attorney for Defendant
ELECTRONIC DATA SYSTEMS, LLC
formerly known as ELECTRONIC DATA SYSTEMS CORPORATION

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIAN JAMESON, et al.,<br><br>                    Plaintiffs,<br><br>       vs.<br><br>ELECTRONIC DATA SYSTEMS CORPORATION, et al.,<br><br>                    Defendants. | Case No. SACV 08-940-CJC (MLGX)<br><br>[Assigned to Honorable Cormac J. Carney, Department 9B<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL**<br><br>[Filed concurrently with Stipulation for Dismissal]<br><br><br>Action Filed:   July 16, 2008<br>Trial Date:       None |

Based upon the concurrently filed Stipulation for Dismissal, and finding good cause therefor, it is hereby ORDERED that:

The Stipulation for Dismissal is GRANTED, and this entire action is hereby DISMISSED with prejudice.

DATED:   January 7, 2010                     _____
                                                              Honorable Cormac J. Carney
                                                              United States District Court Judge

082058, 000492, 502679083.1